# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MEMPHIS STREET ACADEMY CHARTER SCHOOL AT J.P. JONES** *et al*, <br> *Plaintiffs,* <br><br> v. <br><br> **SCHOOL DISTRICT OF PHILADELPHIA** *et al*, <br> *Defendants.* | CIVIL ACTION <br><br><br> No.   22-02760 |

## ORDER

**AND NOW**, on this **29th** day of **November 2022**, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 13), Plaintiffs' Response in Opposition (ECF No. 16), Defendants' Reply (ECF No. 28), and Plaintiffs' Sur-Reply (ECF No. 29), it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. The claims brought against the individual Defendants[1] in their official capacities, which both parties agree are redundant, are **DISMISSED WITH PREJUDICE**;

2. The claims brought against the individual Defendants in their individual capacities, which Plaintiffs conceded lack specificity, are **DISMISSED WITHOUT PREJUDICE**;

---

[1] The individual Defendants are Tony B. Watlington, Joyce Wilkerson, Leticia Egea-Hinton, Julia Danzy, Chau Wing Lam, Mallory Fix Lopez, Lisa Salley, Reginald Streater, Cecelia Thompson, Peng Chao, and Sarah Ashley-Andrews.

3. The Constitutional claims brought by Plaintiff Memphis Street Academy Charter School at J.P. Jones pursuant to 42 U.S.C. § 1983 against Defendant School District of Philadelphia are **DISMISSED WITH PREJUDICE**;

4. The remaining claims fail to meet the plausibility pleading requirements and are **DISMISSED WITHOUT PREJUDICE**.

5. Plaintiffs must submit their Amended Complaint, if any, **by Wednesday, November 29, 2023.**

                                      **BY THE COURT:**

                                      **/s/ Chad F. Kenney**
                                      **CHAD F. KENNEY, JUDGE**