IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MEMPHIS STREET ACADEMY CHARTER SCHOOL AT J.P. JONES, et al.,<br>    *Plaintiffs,*<br><br>v.<br><br>SCHOOL DISTRICT OF PHILADELPHIA,<br>    *Defendant.* | CIVIL ACTION<br><br><br>No.   22-02760 |

## ORDER

**AND NOW**, this **15th** day of **June 2023**, upon consideration of Defendant's Motion to Dismiss (ECF No. 36), Plaintiffs' Response (ECF No. 37), Defendant's Reply (ECF No. 38), and Plaintiffs' Sur-Reply (ECF No. 39), it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss is **GRANTED in part** and **DENIED in part**;

2. Counts II and IV are **DISMISSED**; and

3. Defendant must file an Answer as to Counts I and III by **July 10, 2023**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**