IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **MEMPHIS STREET ACADEMY CHARTER SCHOOL AT J.P. JONES** *et al*, <br>    *Plaintiffs,* <br><br> v. <br><br> **SCHOOL DISTRICT OF PHILADELPHIA** <br>    *Defendant.* | CIVIL ACTION <br><br><br> No.    22-02760 |

## ORDER

**AND NOW**, this **14th** day of **July 2025**, upon consideration of Plaintiffs' Motion for Summary Judgment (ECF No. 89), Defendant's Motion for Summary Judgment (ECF No. 90), the joint exhibits thereto (ECF No. 88), Plaintiffs' Response (ECF No. 93), Defendant's Response (ECF No. 94), Plaintiffs' Reply (ECF No. 99), Defendant's Reply (ECF No. 98), Plaintiffs' Sur-Reply (ECF No. 102), Defendant's Sur-Reply (ECF No. 103), and all attached exhibits, for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that the Defendant's Motion for Summary Judgment (ECF No. 90) is **GRANTED** and Plaintiffs' Motion for Summary Judgment (ECF No. 89) is **DENIED**. The Clerk of Court is hereby directed to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**