UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEMPHIS STREET ACADEMY CHARTER SCHOOL AT J.P. JONES, *et al.*; | : : : : CIVIL ACTION |
| PLAINTIFFS | : |
| vs. | : NO. 2:22-cv-02760-CFK |
| SCHOOL DISTRICT OF PHILADELPHIA | : : : |
| DEFENDANT | : : |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs listed in the district court caption and docket (including the individual parent and minor child plaintiffs) appeal to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on July 14, 2025, and any and all orders merged therein.

Respectfully submitted,

Dated: August 13, 2025

_____
David Annecharico, Esq.
Pennsylvania Bar No. 91122
113 South 21st Street
Philadelphia, PA 19103
Tel: (215) 851-0200
Fax: (215) 851-9990
Email: dannecharico@sandsaidel.com
Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEMPHIS STREET ACADEMY CHARTER SCHOOL AT J.P. JONES, *et al.*; | : <br> : <br> : CIVIL ACTION <br> : |
| PLAINTIFFS | : |
| vs. | : NO.  2:22-cv-02760-CFK <br> : |
| SCHOOL DISTRICT OF PHILADELPHIA | : <br> : <br> : |
| DEFENDANT | : <br> : |

## **CERTIFICATE OF SERVICE**

I certify that Plaintiff's Notice of Appeal was served on all parties in accordance with Fed. R. Civ. P. 5 and any applicable local rules of civil procedure.

Dated: <u>August 13, 2025</u>

_____
David Annecharico, Esq.
Pennsylvania Bar No.: 91122
113 South 21st Street
Philadelphia, PA 19103
Tel: (215) 851-0200
Fax: (215) 851-9990
Email: dannecharico@sandsaidel.com
Counsel for Plaintiff