## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **MEMPHIS STREET ACADEMY** | : | **CIVIL ACTION** |
| **CHARTER SCHOOL AT J.P. JONES** | : | |
| *et al*, | : | |
| *Plaintiffs,* | : | |
| | : | |
| **v.** | : | **No. 22-02760** |
| | : | |
| **SCHOOL DISTRICT OF** | : | |
| **PHILADELPHIA** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **10th** day of **September 2025**, upon consideration of Plaintiffs' Motion to Alter or Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e); in the Alternative, for Relief Pursuant to Fed. R. Civ. P. 60(b)(6) (ECF No. 107), Defendant's Response in Opposition (ECF No. 116), and all attached exhibits, for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**. The Clerk of Court is hereby directed to **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**